UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RIC LOGG, et al., | |
| Plaintiffs, | C21-5280 TSZ |
| v. | MINUTE ORDER |
| TIG INSURANCE COMPANY, et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are ORDERED to show cause by **August 13, 2021**, why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on April 22, 2021, docket no. 4. Absent a timely response to this Minute Order, this action shall be DISMISSED without prejudice; and

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of August, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1