UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RIC LOGG, et al.,<br><br>      Plaintiffs,<br> v.<br><br>TIG INSURANCE COMPANY, et al.,<br><br>      Defendants. | CASE NO. 3:21-cv-05280-DGE-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

  This matter comes before the Court on Defendant TIG Insurance Company's ("TIG") (successor to American Safety Indemnity Company ("ASIC")) motion to dismiss Plaintiffs' complaint pursuant to Federal Rule of Civil Procedure 12(c).  (Dkt. No. 39.)  Plaintiffs responded to TIG's motion (Dkt. No. 50) and the Honorable Theresa L. Fricke, United States Magistrate Judge, held oral argument on the motion on April 19, 2022.  (Dkt. No. 55.)

  On April 28, 2022, Judge Fricke issued a Report and Recommendation ("R&R") recommending that the Court deny TIG's motion to dismiss.  (Dkt. No. 57.)  TIG objected to the R&R (Dkt. No. 59) and Plaintiffs responded.  (Dkt. No. 61.)

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

The Court, having reviewed the R&R of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the R&R, and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 57); and

(2) Defendant TIG Insurance Company's motion to dismiss (Dkt. No. 39) is DENIED.

Dated this 28th day of July, 2022.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2