UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| RIC LOGG, a Washington resident; KELLY LOGG, a Washington resident; RYAN LUNDBERG, a Washington resident; RAULIN ALVIOR, a Washington resident; ROBIN EGNATIOS, a Washington resident; ANDREW JONES, a Washington resident; GRACE JONES, a Washington resident; MELVIN THOMAS, a Washington resident; NICHOLAS HURST, a Washington resident; KAYLIN JORDAN, a Washington resident; MIKHAIL JORDAN, a Washington resident; KRISTEN REW, a Washington resident; STEVEN ROGERS, a Washington resident; WILLIAM SERO, a Washington resident; MICHELLE SERO, a Washington resident; RENATO ANTONIO, a Washington resident; RICHARD DAVIS, a Washington resident; HEATHER DAVIS, a Washington resident; CARL HENDRIX, a Washington resident;<br><br>      Plaintiffs,<br>  vs.<br><br>TIG INSURANCE COMPANY, as successor by merger to AMERICAN SAFETY INDEMNITY COMPANY, a foreign insurer; UNITED SPECIALTY INSURANCE COMPANY, a foreign insurer; ATLANTIC CASUALTY INSURANCE COMPANY, a foreign insurer; BANKERS INSURANCE COMPANY, a foreign insurer; NEVADA CAPITAL INSURANCE COMPANY, a foreign insurer; NAVIGATORS SPECIALTY INSURANCE COMPANY, a foreign insurer; CONTRACTORS BONDING & INSURANCE COMPANY, a foreign insurer; | Cause No. 3:21-cv-05280-DGE-TLF<br><br>FIFTH DECLARATION OF TODD SKOGLUND IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

FIFTH DECLARATION OF TODD SKOGLUND IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT - 1
(Cause No. 3:21-cv-05280-DGE-TLF)

SKOGLUND LAW LLC
704 228TH AVE. NE #186
SAMMAMISH, WA 98074
PHONE: 425.406.6777

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, a foreign insurer;<br><br>　　　　　Defendants. | |

I, TODD K. SKOGLUND, declare under the penalty of perjury and in accordance with the laws of the State of Washington and the United States of America, I am over 18 years old, competent to testify, am the attorney for Plaintiffs, and make this Declaration based on personal knowledge:

1. Attached hereto as *Exhibit 1* is a true and correct copy of Gerard's View CCRs, recorded February 13, 2007.

2. Attached hereto as *Exhibit 2* is a true and correct copy of documentation showing homes Camp Corporation built.

3. Attached hereto as *Exhibit 3* is a true and correct copy of documentation showing homes built during TIG's policy #2.

4. Attached hereto as *Exhibit 4* is a true and correct copy of documentation showing homes built during TIG's policy #3.

5. Attached hereto as *Exhibit 5* is a true and correct copy of the building permits per property.

6. Attached hereto as *Exhibit 6* is a true and correct copy of Kitsap County codes referencing certificates of occupancy.

7. Attached hereto as *Exhibit 7* is a true and correct copy of documentation showing framers by lot.

8. Attached hereto as *Exhibit 8* is a true and correct copy of articles per room.

9. Attached hereto as *Exhibit 9* is a true and correct copy of articles per home.

FIFTH DECLARATION OF TODD SKOGLUND IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT - 2
(Cause No. 3:21-cv-05280-DGE-TLF)

SKOGLUND LAW LLC
704 228TH AVE. NE #186
SAMMAMISH, WA 98074
PHONE: 425.406.6777

10. Attached hereto as *Exhibit 10* is a true and correct copy of articles per site.

11. Attached hereto as *Exhibit 11* is a true and correct copy of an aerial view of nine framed houses in May, 2010.

12. Attached hereto as *Exhibit 12* is a true and correct copy of a letter from RiverStone to Tom Tollen, dated August 2, 2018.

13. Attached hereto as *Exhibit 13* is a true and correct copy of the original Kitsap County parcel purchase details.

14. Attached hereto as *Exhibit 14* is a true and correct copy of Gillaspy & Rhode's invoices.

15. Attached hereto as *Exhibit 15* is a true and correct copy of UCIS's exclusion.

16. Attached hereto as *Exhibit 16* is a true and correct copy of a letter from RiverStone to Tom Tollen, dated September 18, 2018.

17. Attached hereto as *Exhibit 17* is a true and correct copy of a letter from RiverStone to Tom Tollen, dated December 20, 2019.

18. Attached hereto as *Exhibit 18* is a true and correct copy of a RiverStone Claim Report & Case Evaluation dated February 28, 2017.

19. Attached hereto as *Exhibit 19* is a true and correct copy of a RiverStone Claim Report & Case Evaluation dated December 26, 2016.

20. Attached hereto as *Exhibit 20* is a true and correct copy of ASIC's redacted production.

21. Attached hereto as *Exhibit 21* is a true and correct copy of the lot identification.

22. Attached hereto as *Exhibit 22* is a true and correct copy of the denial letter from RiverStone to Tom Tollen in the East Park matter, dated December 29, 2017.

FIFTH DECLARATION OF TODD SKOGLUND IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT - 3
(Cause No. 3:21-cv-05280-DGE-TLF)

SKOGLUND LAW LLC
704 228TH AVE. NE #186
SAMMAMISH, WA 98074
PHONE: 425.406.6777

I SWEAR UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON AND THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT

EXECUTED at Sammamish, Washington this 19th day of January, 2023.

SKOGLUND LAW LLC

By: *[signature]*
Todd K. Skoglund, WSBA #30403
Attorney for Plaintiff

FIFTH DECLARATION OF TODD SKOGLUND IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT - 4
(Cause No. 3:21-cv-05280-DGE-TLF)

SKOGLUND LAW LLC
704 228TH AVE. NE #186
SAMMAMISH, WA 98074
PHONE: 425.406.6777