**THIS ENDORSEMENT CHANGES THE POLICY – PLEASE READ IT CAREFULLY.**

# EXCLUSION – MULTI-UNIT RESIDENTIAL WORK
(Limited Exception For Repair/Remodeling Of An Individual Home/Unit)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM

This insurance does not apply, and no duty to defend is provided by us to claims, "suits," actions, accusations or charges, nor to any loss, cost or expense arising out of, relating to or in any way connected with "your operations," "your work," or "your product" involving the development, construction and/or demolition of:

1. "tract homes,"
2. condominiums,
3. town homes, or
4. any other type of multiple unit residential structure,

whether by an insured, an entity to which an insured owes an indemnity obligation, or any other entity.

This exclusion does not apply to "your operations", "your work", or "your product" involving the development, construction and/or demolition of "apartments".

This exclusion does not apply to remodeling, repair or maintenance operations on "tract homes," apartments, condominiums, town homes, or any other type of multiple unit residential structure after same has been erected, certified for occupancy and put to their intended use.

"Tract homes" as used in this endorsement, means, during the policy period, the development, construction and/or demolition of more than 20 single-family residential units by a single owner, and/or developer, and/or joint venturer, and/or contractor; at any one site, tract or development.

**ALL OTHER TERMS AND CONDITIONS OF THIS CERTIFICATE REMAIN UNCHANGED**

ART.28 (3/08)

ERIK/WR0023