UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RIC LOGG, a Washington resident; KELLY LOGG, a Washington resident; RYAN LUNDBERG, a Washington resident; RAULIN ALVIOR, a Washington resident; ROBIN EGNATIOS, a Washington resident; ANDREW JONES, a Washington resident; GRACE JONES, a Washington resident; MELVIN THOMAS, a Washington resident; NICHOLAS HURST, a Washington resident; KAYLIN JORDAN, a Washington resident; MIKHAIL JORDAN, a Washington resident; KRISTEN REW, a Washington resident; STEVEN ROGERS, a Washington resident; WILLIAM SERO, a Washington resident; MICHELLE SERO, a Washington resident; RENATO ANTONIO, a Washington resident; RICHARD DAVIS, a Washington resident; HEATHER DAVIS, a Washington resident; CARL HENDRIX, a Washington resident;,<br><br>Plaintiffs,<br><br>v.<br><br>TIG INSURANCE COMPANY, as successor by merger to AMERICAN SAFETY INDEMNITY COMPANY, a foreign insurer; UNITED SPECIALTY INSURANCE COMPANY, a foreign insurer; ATLANTIC CASUALTY INSURANCE COMPANY, a foreign insurer; BANKERS INSURANCE COMPANY, a foreign insurer; NEVADA CAPITAL INSURANCE COMPANY, a foreign insurer; NAVIGATORS SPECIALTY INSURANCE COMPANY, a foreign insurer; CONTRACTORS BONDING & INSURANCE COMPANY, a | Case No. 3:21-cv-05280-DGE-TLF<br><br>**DECLARATION OF STEPHANIA DENTON IN SUPPORT OF DEFENDANT TIG INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

DECLARATION OF STEPHANIA DENTON - 1
CASE NO. 3:21-cv-05280-DGE-TLF

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

121711.0113/9249046.1

foreign insurer; NAUTILUS INSURANCE COMPANY, a foreign insurer,

                Defendants.

I, Stephania Denton, declare as follows:

1. I am an attorney with Lane Powell PC, and I represent Defendant TIG Insurance Company in this matter. I have personal knowledge of the facts set forth herein.

2. Attached as Exhibits 1 through 4 and 9 through 10 are true and correct copies of excerpts from TIG's electronic claim file notes, a record made at or near the time by—or from information transmitted by—someone with knowledge and kept in the course of regularly conducted business, the making of which was a regular business practice.

3. Attached as Exhibits 5 through 8 and 11 through 18 are true and correct copies of excerpts from TIG's claim file, a record made at or near the time by—or from information transmitted by—someone with knowledge and kept in the course of regularly conducted business, the making of which was a regular business practice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of January, 2023, at Seattle, Washington.

                LANE POWELL PC

                BY: *s/ Stephania Denton*
                      Stephania C. Denton, WSBA No. 21920
                      Angela Foster WSBA No. 52269
                      dentons@lanepowell.com
                      fostera@lanepowell.com
                Attorneys for Defendant TIG Insurance Company

DECLARATION OF STEPHANIA DENTON - 2
CASE NO. 3:21-cv-05280-DGE-TLF

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

121711.0113/9249046.1