UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RIC LOGG, et al.<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>TIG INSURANCE COMPANY, et al.,<br><br>　　　　　　Defendants. | CASE NO. 3:21-cv-05280-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 94) |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

1) The Report and Recommendation (Dkt. No. 94) is APPROVED AND ADOPTED.

2) Defendant TIG Insurance Company's ("TIG") motion to exclude plaintiffs' expert witness pursuant to Federal Rule of Civil Procedure ("FRCP") 37(c) (Dkt. No. 76) is GRANTED.

Dated this 27th day of January, 2023.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 94) - 2