UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RIC LOGG, a Washington resident; KELLY LOGG, a Washington resident; RYAN LUNDBERG, a Washington resident; RAULIN ALVIOR, a Washington resident; ROBIN EGNATIOS, a Washington resident; ANDREW JONES, a Washington resident; GRACE JONES, a Washington resident; MELVIN THOMAS, a Washington resident; NICHOLAS HURST, a Washington resident; KAYLIN JORDAN, a Washington resident; MIKHAIL JORDAN, a Washington resident; KRISTEN REW, a Washington resident; STEVEN ROGERS, a Washington resident; WILLIAM SERO, a Washington resident; MICHELLE SERO, a Washington resident; RENATO ANTONIO, a Washington resident; RICHARD DAVIS, a Washington resident; HEATHER DAVIS, a Washington resident; CARL HENDRIX, a Washington resident;, <br><br> Plaintiffs, <br><br> v. <br><br> TIG INSURANCE COMPANY, as successor by merger to AMERICAN SAFETY INDEMNITY COMPANY, a foreign insurer; UNITED SPECIALTY INSURANCE COMPANY, a foreign insurer; ATLANTIC CASUALTY INSURANCE COMPANY, a foreign insurer; BANKERS INSURANCE COMPANY, a foreign insurer; NEVADA CAPITAL INSURANCE COMPANY, a foreign insurer; NAVIGATORS SPECIALTY INSURANCE COMPANY, a foreign insurer; CONTRACTORS BONDING & INSURANCE COMPANY, a | Case No. 3:21-cv-05280-DGE-TLF <br><br><br> **DECLARATION OF STEPHANIA DENTON IN SUPPORT OF DEFENDANT TIG INSURANCE COMPANY'S RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**DECLARATION OF STEPHANIA DENTON - 1**
CASE NO. 3:21-cv-05280-DGE-TLF

121711.0113/9275621.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

foreign insurer; NAUTILUS INSURANCE COMPANY, a foreign insurer,

Defendants.

I, Stephania Denton, declare as follows:

1. I am an attorney with Lane Powell PC, and I represent Defendant TIG Insurance Company in this matter. I have personal knowledge of the facts set forth herein.

2. Attached as Exhibits 1 is a true and correct copy of email correspondence, dated December 6, 2019, between Highmark's defense counsel Lily Yee and TIG's adjuster Leslee Noland.

3. Attached as Exhibit 2 is a true and correct copy of the Expert Report of Danette Leonhardi dated July 1, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of February, 2023, at Seattle, Washington.

LANE POWELL PC

BY: *s/ Stephania Denton*
Stephania C. Denton, WSBA No. 21920
Angela Foster WSBA No. 52269
dentons@lanepowell.com
fostera@lanepowell.com
Attorneys for Defendant TIG Insurance Company

DECLARATION OF STEPHANIA DENTON - 2
CASE NO. 3:21-cv-05280-DGE-TLF

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

121711.0113/9275621.1