# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RIC LOGG et al., <br><br>                Plaintiffs, <br><br>   v. <br><br>TIG INSURANCE COMPANY et al., <br><br>                Defendants. | CASE NO. 3:21-cv-05280-DGE <br><br> ORDER AFFIRMING REPORT AND RECOMMENDATION (DKT. NO. 121) |

      The Court, having reviewed the Report and Recommendation (Dkt. No. 121) of United States Magistrate Judge Therese L. Fricke, Plaintiffs' objections to the Report and Recommendation (Dkt. No. 124), and having conducted a de novo review of the record, does hereby find and ORDER:

1. The Court AFFIRMS and ADOPTS the Report and Recommendation. Plaintiffs do not appear to object to Judge Fricke's determination that their initial motion to amend failed to comply with the local rules.

2. Plaintiff's motion to amend is DENIED without prejudice.

3. The Court considers Plaintiffs' "Objections" to the Report and Recommendation to be a new motion to amend their complaint and REFERS the motion to Judge Fricke for her review.

4. The Clerk is directed to send a copy of this Order to the parties in this action.

Dated this 9th day of June, 2023.



David G. Estudillo
United States District Judge